1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Third Floor
3  Redwood City, CA 94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   pcogan@ropers.com
5  rforni@ropers.com

6  Attorneys for Defendant, LIBERTY LIFE
   ASSURANCE COMPANY OF BOSTON

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMANDA PAIGE GORHAM,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; MASSACHUSETTS MUTUAL LONG TERM DISABILITY PLAN,<br><br>Defendants. | No. 2:06-cv-1713-MCE-DAD<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
|---|---|

**IT IS HEREBY STIPULATED** by and between plaintiff AMANDA PAIGE GORHAM ("plaintiff") and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("defendant"), through their respective counsel, that defendant's time to respond to plaintiff's complaint on file in this action shall be and hereby is extended from August 30, 2006 up to and including September 13, 2006.

**IT IS SO STIPULATED**.

Dated: August 25, 2006                SHERNOFF BIDART & DARRAS, LLP


By: s/s
    ————————————————
    FRANK N. DARRAS
    MICHAEL B. HORROW
    Attorneys for Plaintiff, AMANDA PAIGE
    GORHAM

1  Dated:  August 28, 2006						ROPERS, MAJESKI, KOHN & BENTLEY

3								By:s/s
4								    PAMELA E. COGAN
								    ROBERT M. FORNI, JR.
								    Attorneys for Defendant, LIBERTY LIFE
5								    ASSURANCE COMPANY OF BOSTON

6								**ORDER**

7  **IT IS SO ORDERED.**

8  Dated:  August 30, 2006

								_____
								MORRISON C. ENGLAND, JR
								UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City