Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
MASSACHUSETTS MUTUAL LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA PAIGE GORHAM,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; MASSACHUSETTS MUTUAL LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. 2:06-CV-1713-MCE-DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint Filed: August 3, 2006 |

WHEREAS, plaintiff AMANDA PAIGE GORHAM ("Plaintiff") served upon defendant MASSACHUSETTS MUTUAL LONG TERM DISABILITY PLAN ("LTD Plan") a Complaint in this action on August 15, 2006;

WHEREAS, for good cause, the parties previously stipulated to extend the time within which a responsive pleading to the Complaint must be filed and served by thirty (30) days, to October 5, 2006;

WHEREAS, the parties are currently engaged in discussions regarding a possible early resolution to this matter;

WHEREAS, the parties have been proceeding diligently and in good faith and believe that the requested extension of time will promote judicial economy;

1

IT IS HEREBY STIPULATED by and between Plaintiff and the LTD Plan, by and through their respective attorneys of record, that the time within which the LTD Plan must file and serve a responsive pleading to Plaintiff's Complaint is extended by thirty (30) days to November 6, 2006.

IT IS SO STIPULATED.

Dated: October 2, 2006           MESERVE, MUMPER & HUGHES LLP
                                 Linda M. Lawson
                                 Russell G. Gomm

                                 By: /s/ Russell G. Gomm
                                     Russell G. Gomm
                                     Attorneys for Defendant
                                     MASSACHUSETTS MUTUAL
                                     LONG TERM DISABILITY PLAN

Dated: October ____, 2006        SHERNOFF BIDART & DARRAS, LLP
                                 Frank N. Darras
                                 Michael B. Horrow

                                 By: _____
                                     Frank N. Darras
                                     Attorneys for Plaintiff
                                     AMANDA PAIGE GORHAM

## **ORDER**

IT IS HEREBY ORDERED that, for good cause shown, defendant MASSACHUSETTS MUTUAL LONG TERM DISABILITY PLAN must file and serve a responsive pleading to Plaintiff's Complaint on or before November 6, 2006.

DATE: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com