```
 1   FRANK N. DARRAS #128904
     SHERNOFF BIDART & DARRAS, LLP
 2   3257 East Guasti Road, Suite 300
     Ontario, CA  91761
 3   Telephone:   (909) 390-3770
 4   Facsimile:   (909) 974-2121
     Email: fdarras@sbd-law.com
 5
 6   Attorneys for Plaintiff
 7
 8
 9                    UNITED STATES DISTRICT COURT
10          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
11
12   AMANDA PAIGE GORHAM,              Case No.: 2:06-cv-1713-MCE-DAD
13            Plaintiff,
14       vs.                           STIPULATION AND ORDER RE
15                                     VOLUNTARY DISMISSAL OF ENTIRE
     LIBERTY LIFE ASSURANCE            ACTION WITH PREJUDICE
16   COMPANY OF BOSTON;
17   MASSACHUSETTS MUTUAL LONG
     TERM DISABILITY PLAN,
18
19            Defendants,
20
```

21       IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff AMANDA PAIGE

22   GORHAM, and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON;

23   MASSACHUSETTS MUTUAL LONG TERM DISABILITY PLAN, and their attorneys of

24   record, that the parties have resolved this matter in its entirety.

25

26   / / /

27

28

1    IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2 shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

4 Dated: April 24, 2007        SHERNOFF BIDART & DARRAS, LLP

6                                /s/
                                 FRANK N. DARRAS
7                                Attorneys for Plaintiff
                                 AMANDA PAIGE GORHAM,
8

9 Dated: April  25 , 2007       ROPERS MAJESKI KOHN BENTLEY

12                               /s/
                                 KATHRYN C. CURRY
                                 Attorneys for Defendants
13                               LIBERTY LIFE ASSURANCE COMPANY OF
                                 BOSTON; MASSACHUSETTS MUTUAL LONG
14                               TERM DISABILITY PLAN,

## O R D E R

20 **IT IS SO ORDERED.**

22 DATED: April 30, 2007

                                 _____
24                               MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE

<u>Gorham v. Liberty, et al.</u>
Case No: CV-01713-MCE-DAD

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **April 26, 2007**, I served the foregoing document described as:

### STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

on all interested parties in this action by placing [ ] the original  [ x ]a true copy  thereof enclosed in sealed envelopes addressed as follows:

**Pamela E. Cogan, Esq.**
**Kathryn C. Curry, Esq.**
**ROPERS, MAJESKI, KOHN & BENTLEY**
**1001 Marshall Street, Third Floor**
**Redwood City, CA  94063**
**Phone: (650) 364-8200**
**Fax: (650) 780-1701**

**Attorneys for Defendant: LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

[ x ]BY MAIL
> I caused such envelope to be deposited in the mail at Ontario, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
> I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto.  A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
> To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
> In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **April 26, 2007**, at Ontario, California.

                                                             /s/
                                                Catherine Carvalho